UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Defendant(s).
-----------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

22 -CR- 21 ( ) ( )

Defendant ___Jose Martinez___ hereby voluntarily consents to participate in the following proceeding via __X__ videoconferencing or __X__ teleconferencing:

____ Initial Appearance Before a Judicial Officer

__X__ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____ Bail/Detention Hearing

____ Conference Before a Judicial Officer

/s/ Jose Martinez by Jennifer R. Louis-Jeune; after consult and with Mr. Martinez's consent
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Jose Martinez
_____
Print Defendant's Name

*Jennifer R. Louis-Jeune*
_____
Defendant's Counsel's Signature

Jennifer R. Louis-Jeune
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

1/12/2022
_____
Date

*Judith C. McCarthy*
_____
U.S. District Judge/U.S. Magistrate Judge