**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

   UNITED STATES OF AMERICA,

                    -against-

   JOSE MARTINEZ

                         Defendant(s).

------------------------------------------------------------------X

DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___1/26/2022___

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

**22**   -CR-  **21**   **(NSR**  **) ( )**

Defendant ____JOSE MARTINEZ_____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or __x_ teleconferencing:

___      Initial Appearance Before a Judicial Officer

___      Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___      Bail/Detention Hearing

x___     Conference Before a Judicial Officer

/s/ Jose Martinez
by Jennifer Louis-Jeune after consultation

*Jennifer R. Louis-Jeune*

Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Defendant's Counsel's Signature

Jose Martinez_____
Print Defendant's Name

Jennifer Louis-Jeune_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

1/26/2022
_____
Date

_____
U.S. District Judge