**MEMO ENDORSED**

# JLJ LAW

**Law Office of Jennifer R. Louis-Jeune**

Jennifer R. Louis-Jeune
Kestine Thiele

52 Duane Street, Floor 7
New York, New York 10007
T: 212. 203. 9058
F: 914. 219. 0958
JENNIFER@JLJLAW.COM
KESTINE@JLJLAW.COM

March 9, 2022

**Via ECF and Electronic Mail**
Honorable Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York

**Re:** *United States v. Jose Martinez*, **22 Cr. 21 (NSR)**

Dear Judge Roman:

I represent Jose Martinez in the above-captioned matter. I am writing to request an adjournment of the status conference scheduled in this case for March 10, 2022, at 11:30a.m. The government consents to this request.

We request this adjournment to allow for additional time to discuss the plea offer that was extended to Mr. Martinez on March 3, 2022. We are coordinating with the government to set a date for a change of plea hearing this month. Mr. Martinez agrees to the exclusion of time until the next court appearance for purposes of continuing plea negotiations.

Thank you for your consideration of this request.

Respectfully submitted,

/s/

Jennifer R. Louis-Jeune, Esq.

Deft's request to adjourn the telephonic Status Conf. from Mar. 10, 2022 until Apr. 13, 2022 at 2:00 pm is GRANTED with the Govt's consent.  Clerk of Court is requested to terminate the motion (doc. 43).
Dated: White Plains, NY
       March 9, 2022
SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/2022