```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

JOSE A. MARTINEZ,
                           Defendant.

No. 22 CR 21 ( NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

**To: U.S. Marshals Service**

      **It is hereby ORDERED** that defendant, JOSE A. MARTINEZ, sentenced to time served, be released from custody. The U.S. Marshals are to release the defendant unless any pending warrants, detainers or other issues are encountered.

Dated:    September 9, 2022
             White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge